# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

| | |
|---|---|
| MICHAEL KEITH HAMILTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No.: **1:19CV59-JMV** |
| | ) |
| NANCY BERRYHILL | ) |
| *COMMISSIONER OF* | ) |
| *SOCIAL SECURITY,* | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Having considered the Defendant's Unopposed Motion to Remand [13] and supporting memorandum [14], the motion is, HEREBY, GRANTED, and this case is REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will instruct the Administrative Law Judge to consider Dr. Karen Hullett's February 2016 residual functional capacity assessment along with the rest of the evidence of record, conduct any necessary proceedings, and issue a new decision.

SO ORDERED this 2nd day of July, 2019.


/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**