# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| MICHAEL KEITH HAMILTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No.: **1:19CV59-JMV** |
| | ) |
| NANCY BERRYHILL | ) |
| *COMMISSIONER OF* | ) |
| *SOCIAL SECURITY,* | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

Pursuant to the Order granting reversal and remand for further proceedings filed in this matter, it is hereby **ORDERED and ADJUDGED** that the final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will instruct the Administrative Law Judge to consider Dr. Karen Hullett's February 2016 residual functional capacity assessment along with the rest of the evidence of record, conduct any necessary proceedings, and issue a new decision.

**SIGNED** this 2nd day of July, 2019.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE